**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02207-LTB

ADRIAN CAL OHANIAN, and
AUSTIN TRAIG VINCENT

  Plaintiffs,

v.

UNIVERSITY OF COLORADO AT BOULDER,
COLORADO STATE UNIVERSITY,
UNIVERSITY OF COLORADO AT BOULDER POLICE,
COLORADO STATE UNIVERSITY POLICE DEPARTMENT, and
LEGACY HIGH SCHOOL,

  Defendants.

---

**JUDGMENT**

---

  Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 25, 2017, it is hereby

  ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

  DATED at Denver, Colorado, this 25 day of October, 2017.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ A. Garcia Garcia
        Deputy Clerk